**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **ARMOR J. BLACKTONGUE,** | ) |
| Plaintiff, | ) Civil No. C16-806 RSM ) |
| vs. | ) **ORDER FOR EAJA FEES, COSTS** ) **AND EXPENSES** |
| **NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security**, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Based upon the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, and 28 U.S.C. §1920 and Plaintiff's EAJA petition and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as well as the stipulation of the parties, it is hereby ORDERED that: EAJA attorney's fees of $7,341.11 and expenses of $3.29 (postage), and costs of $13.30 (copies), for a total of $7,357.70 shall:

1)  Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel, Rosemary B. Schurman; however,

2)  If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees and pay EAJA fees, costs and expenses directly to Rosemary B. Schurman.

Order for EAJA Fees- 16-806 RSM   page 1

Rosemary B. Schurman, WSBA 11451
Attorney at Law PLLC
8123NE 115 Way
Kirkland, WA 98034
425-821-8577/fax 888-821-0544

Dated this 10th day of March 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary Schurman, WSBA 11451
Attorney for Plaintiff
8123 NE 115 Way, Kirkland, WA  98034
425-821-8577

Approved for Entry:
s/Rosemary B. Schurman (signed per  authorization)
Erin Highland
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

Order for EAJA Fees- 16-806 RSM  page 2