**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **AMOR J. BLACKTONGUE,** <br><br> Plaintiff, <br><br> vs. <br><br> **NANCY A. BERRYHILL, ACTING COMMISSIONER of Social Security**, <br><br> Defendant. | Civil No. 2:16-cv-806 RSM <br><br> ORDER FOR AWARD OF ATTORNEY'S FEES PURSUANT TO 42 USC § 406(b) *FOR AUXILIARY BENEFICIARIES' BENEFITS.* |

## **ORDER**

Plaintiff filed a motion for attorney's fees pursuant to 42 U.S.C. § 406(b) and having considered Plaintiff's motion and the supporting documents, as well as the Defendant's response to this motion, it is hereby ORDERED that:

**1)** The Court GRANTS plaintiff's motion and authorizes reasonable attorney's fees pursuant to 42 U.S.C. § 406(b) of $15,072.75.

2) Defendant shall release the fee of **$ 15,072.75** minus any applicable processing fee to Plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA 98034 or via automatic deposit.

ORDER for 406(b) Fees- 16-806 RSM page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law PLLC**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 888-821-0544**

Dated this 26 day of February 2018

*signature*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff

ORDER for 406(b) Fees- 16-806 RSM page 2